

FILED

JUL 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEW ENGLAND COUNTRY FOODS, LLC, a Vermont Limited Liability Company,<br><br>       Plaintiff-Appellant,<br><br> v.<br><br>VANLAW FOOD PRODUCTS, INC., a California corporation,<br><br>       Defendant-Appellee. | No. 22-55432<br><br>D.C. No.<br>8:21-cv-01060-DOC-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

Before: PAEZ and H.A. THOMAS, Circuit Judges, and RAKOFF, District Judge.[*]

The stay previously issued by the court is vacated and the matter is submitted for decision.

On December 6, 2023, we certified the following question to the California Supreme Court:

> Is a contractual clause that substantially limits damages for an intentional wrong but does not entirely exempt a party from liability for all possible damages valid under California Civil Code Section 1668?

Dkt. 43; *New England Country Foods, LLC v. Vanlaw Food Prods., Inc.*, 87 F.4th 1016, 1018 (9th Cir. 2023).

On April 24, 2025, the California Supreme Court issued an opinion in

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

S282968. *See* Dkt. 49; *New England Country Foods, LLC v. VanLaw Food Prods., Inc.*, 567 P.3d 63 (Cal. 2025). In light of that opinion, the district court's judgment is vacated and the matter is remanded for further proceedings consistent with this decision. The filing of this order shall constitute the court's mandate. Appellant shall recover its costs on appeal.

**VACATED and REMANDED.**

22-55432